**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ADAM LEJA, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 16-cv-06086 |
| v. | Judge Harry D. Leinenweber |
| WEST LIBERTY FOODS, LLC, | Magistrate Judge Michael T. Mason |
| Defendant. | |

**Stipulation for Dismissal, With Prejudice**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties, through their undersigned counsel, hereby stipulate and agree that all claims in the above captioned action shall be dismissed in their entirety, with prejudice, and without right of appeal, and with each party bearing his or its own costs, expenses, and attorneys' fees. The parties further stipulate and agree that an order dismissing the above-captioned action in its entirety, with prejudice, shall be entered without further notice or hearing.

Dated: March 13, 2017

Caffarelli & Associates, Ltd.

By _____
Alejandro Caffarelli, #06239078
Madeline K. Engel, #06303249
224 S. Michigan Ave., Ste. 300
Chicago, Illinois 60604
Telephone: (312) 763-6880

*Attorneys for Plaintiff*

Dated: March 2, 2017

**DORSEY & WHITNEY LLP**

By _____
Ryan E. Mick
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

*Attorneys for Defendant West Liberty Foods, LLC*